UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| REGINA GRAVES WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 20-115-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF STANFORD, KENTUCKY, et al., | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The plaintiffs' claims against all defendants are dismissed, with prejudice, and stricken from the docket.

2. Judgment is entered in favor of the defendants with respect to all claims asserted in this action.

3. This is a final and appealable Judgment and there is no just cause for delay.

Dated: April 9, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky